UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

MADISON CAPITAL COMPANY, LLC,

PLAINTIFF

v.                                                    CIVIL ACTION NO. 4:08-CV-00134-M

S & S SALVAGE, LLC, RIVER METALS         **ELECTRONICALLY FILED**
RECYCLING, LLC

DEFENDANTS.

**PLAINTIFF'S RESPONSE TO RIVER METALS RECYCLING, LLC'S MOTION FOR
EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S
AMENDED COMPLAINT**

In response to River Metals Recycling, LLC's ("River Metals") request for an additional

thirty days to respond to the Amended Complaint [Doc. 22], the Plaintiff, Madison Capital

Company, LLC ("Madison") states the following:

1.     River Metals bases its request for an extension on the mistaken belief that

Madison and S & S Salvage, LLC ("S & S") have already engaged in discovery and have even

taken a deposition. That is not correct. Madison and S & S have not served interrogatories,

requests for admission, or requests for production of documents. Madison and S & S have not

taken any depositions in this matter. Madison and S& S have only served initial disclosures

pursuant to FRCP 26(a)(1),[1] which are exchanged after a party has responded to a complaint, so

the fact that Madison and S & S have done so provides no basis for an extension.

2.     River Metals states that Madison only agreed to a seven day extension. That is

not correct. Madison agreed to an extension through March 20, 2009, which is an additional

eleven days, and which would give River Metals a total of thirty one days to respond.

---

[1] Along with its initial disclosures, Madison sent S & S copies of documents described in FRCP 26(a)(1)(A)(ii).

3.      Madison respectfully submits that River Metals has articulated no grounds that would justify extending the time for it to respond to the Amended Complaint by thirty days and requests that the Court enter an order extending the time for River Metals to respond through March 20, 2009, as already agreed by Madison.

Respectfully submitted,


*s/ Ryan R. Loghry*
Gregory P. Parsons
Ryan R. Loghry
STITES & HARBISON PLLC
250 West Main Street, Suite 2300
Lexington, KY  40507-1758
Telephone: (859) 226-2300
gparsons@stites.com
rloghry@stites.com

and

Steven M. Henderson
STITES & HARBISON, PLLC
400 W. Market St., Suite 1800
Louisville, KY  40202
Telephone:  (502) 587-3400
shenderson@stites.com

COUNSEL FOR PLAINTIFF, MADISON
CAPITAL COMPANY, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

George L. Seay, Jr.
WYATT, TARRANT & COMBS, LLP
250 W. Main Street, Suite 1600
Lexington, KY  40507
Telephone:    (859) 233-2012
gseay@wyattfirm.com

and

Jean W. Bird
WYATT, TARRANT & COMBS, LLP
2800 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202-2898
Telephone:     (502) 589-5235
jbird@wyattfirm.com

COUNSEL FOR DEFENDANT, S & S
SALVAGE, LLC

Joseph H. Langerak IV
RUDOLPH, FINE, PORTER & JOHNSON, LLP
221 N.W. Fifth St., P.O. Box 1507
Evansville, IN 47706-1507
Telephone: (812) 422-9444
Facsimilie: (812) 421-7459
jhl@rfpj.com

COUNSEL FOR DEFENDANT, RIVER
METALS RECYCLING, LLC

*/s/ Ryan R. Loghry*_____
COUNSEL FOR PLAINTIFF